UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED
APR 0 4 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GRACE L. STOVALL )
5114 S. INGLESIDE AVE. )
CHICAGO, IL 60615 )
                                      , )
         Plaintiff(s), )
                       )
         vs.           )
                       )
CITY OF CHICAGO )
DEPARTMENT OF POLICE )
                       )
CHICAGO POLICE OFFICER: PETER DELGADO )
STAR # 10509 )
                                      , )
                       )
         Defendant(s). )

1:16-cv-4004
Judge Joan B. Gottschall
Magistrate Judge Susan E. Cox

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is  GRACE L. STOVALL                                   .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, __PETER DELGADO (MALE) - BADGE / STAR # 10509__, is
(name, badge number if known)

[X] an officer or official employed by __CHICAGO POLICE DEPT - CITY OF CHICAGO, IL__ ;
(department or agency of government)
__SEE ATTACHED FOR ADDITIONAL LIST OF DEFENDANTS.__ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __CITY OF CHICAGO - CHICAGO POLICE DEPARTMENT__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __April 14, 2015__, at approximately __10:45__ [X] a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of __CITY OF CHICAGO__, in the County of __COOK__, State of Illinois, at __4124 S. MARTIN LUTHER KING JR DRIVE__,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

- [X] arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- [X] searched plaintiff or his property without a warrant and without reasonable cause;
- [X] used excessive force upon plaintiff;
- [X] failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
- [X] failed to provide plaintiff with needed medical care;
- [X] conspired together to violate one or more of plaintiff's civil rights;
- [X] Other: __FORMAL REPORT OF INCIDENT WAS REPORTED TO CITY OF CHICAGO INTERNAL AFFAIRS DIVISION VIA INDEPENDENT POLICE REVIEW AUTHORITY REFERENCE LOG # 1075290 (SEE ATTACHED COPY OF LETTER OF ACKNOWLEDGEMENT__

2

# UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF ILLINOIS

## List of Additional Defendants

**Plaintiff:**

**Grace L. Stovall**
**5114 S. Ingleside Ave. Floor 1**
**Chicago, IL 60615**

**Vs**

**City of Chicago**
**Chicago Police Department**

There were multiple Chicago Police Officers present from the 5100 S. Wentworth Police Station with the officers listed below having directly participated in this illegal and abusive arrest indicated in the attached complaint.

**Officer: Janusonis Star # 15290**
**Officer: Slowinski (Male) Star # 1951**
**Officer: Lewis (Female Black)**
**Sergeant: Williams (Male Black)**
**Warrant Officer: Savage (Male Black)**
**Sergeant: Word (Male)**

The Internal Affairs Division Police Review – Log#1075290 has been completely ignored by the Chicago Police Internal Affairs Division to date.

(Seal) _____ Grace L. Stovall _____
GRACE L. STOVALL

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): _____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____

☐ Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

The arresting female officers continued to threaten and harass me for serveral weeks following the arrest.

I was further prevented and interfered with by these same female officers when I attempted to retrieve my peraonal property from the location of this arrest.

I have been continously stalled and can only assume that this would aid the Chicago Police with being effective with running out the statute of limitations, preventing me from taking further action.

This is why I feel that I have no other recourse but to at least seek some form of justice in the Federal Court System.

I was further threatened and warned not to atttempt to visit the Police Station ( 5100 S. Wentworth, Chicago,Il alone.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

13. Plaintiff asks that the case be tried by a jury.  [x Yes   ☐ No

4

The Internal Affairs Division will be investigating your complaint. I.A.D. investigates all non-physical incidents

(312) 745-6310

Log number 10-75290

**Formal Complaint Against Chicago Police Personnel**
**City of Chicago**
**Internal Affairs Chicago Police Department**
**Submitted By**
**Grace L. Stovall**
**Resident Health Care Provider to Mr. Frederick L. Gibson**
**4124 S. Martin L. King Drive**
**Chicago, IL 60653**
**May 21, 2015**

I, Grace L. Stovall, (Contracted Health Provider of Record to Mr. Frederick L. Gibson) do hereby state, while willing to swear under oath, that the following statement is true and factual as a result of my personal involvement and victimization.

On April 14, 2015 at approximately 10:45am I was victimized, while taking a shower on location, at the above stated address, by an illegal forced entry executed by the Chicago Police Department personnel. I was forced out of the Shower completely naked by several unusually masculine, female, police officers who's name I have and will submit at my formal deposition to Internal affairs. The level of embarrassment and humiliation could only be categorized as totally inhumane! I was given no explanation for this action. I was verbally abused, manhandled, paraded around and physically handcuffed before being place in a Chicago police squad car and driven away while third parties were allowed to change the locks on the premises. This all took place while my client Mr. F. L. Gibson, stated above, the title owner of this property was in the U of C Hospital. My being handcuffed establishes the fact that I was officially place under arrest by the Chicago Police Officers on the scene at the time for no apparent reason, being in violation of every possible human or civil right I have.

This was followed by my being driven to the 5100 S. Wentworth Police Station & Court House at the Dan Ryan Expressway Chicago, IL where I was informed by Chicago Police Sgt. Williams, a male African American, that they couldn't arrest or hold me because they had no legal grounds to do so, and I was released on the street with literally nowhere go and told that I could call someone to come pick me up. At this point it became apparent that this entire fiasco was at the behest of individuals who have inside tracks with the 51st Street Police district personnel. Further, I can present witnesses who observed this disgrace after it spilled onto the outside street. My belongings were locked up in the premises and I was told that I would be arrested if I tried to return to secure my personal belongings. I was later informed by an unidentified police personnel that some of the owner's (my client) relatives had made a deal with the police and an attorney by the name of Casandra Melton with falsified documents had me evicted, illegally, without due process while being a legal resident with full authority to not only to live in but too manage the premises while he, the owner, was absent. I had signed notarized proof regarding my claim which was totally ignored and disregarded by the police officers present at the time. Since this incident's occurrence independent legal action has been filed against all parties involved except the participating police personal at the scene of the false arrest which occurred on April 14, 2015 for which I am attempting to follow up on at this time.

Signed: *Grace L. Stovall*

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. [x] *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Grace L. Stovall*

Plaintiff's name *(print clearly or type)*: GRACE L. STOVALL

Plaintiff's mailing address: 5114 S. INGLESIDE

City: CHICAGO    State: ILLINOIS    ZIP: 60615

Plaintiff's telephone number: (773) 936-3109 (MOBIL)

Plaintiff's email address *(if you prefer to be contacted by email)*: N/A

15. Plaintiff has previously filed a case in this district. ☐ Yes [X] No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

**INDEPENDENT POLICE REVIEW AUTHORITY**



1615 W. Chicago Avenue
Chicago, IL 60622
(312) 746-3609
**Scott M. Ando,** Chief Administrator

May 22, 2015
Reference: Log No. 1075290

GRACE STOVALL
5114 S. INGLESIDE AVE
CHICAGO, IL 60615

Dear Grace Stovall,

The Independent Police Review Authority ("IPRA") received your information on 21-MAY-2015, and gave it Log Number 1075290. It has been forwarded to the Internal Affairs Division of the Chicago Police Department.

IPRA intakes and registers all complaints against Chicago Police Department members. By ordinance, IPRA investigates only specific categories of complaints. All other complaints are forwarded to the Internal Affairs Division.

For additional information on the status of your complaint, you may contact the Internal Affairs Division at (312) 745-6310.

Sincerely,

Scott M. Ando
Chief Administrator
Independent Police Review Authority