UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **GRACE STOVALL,** | ) | |
| | ) | **Case No. 16 CV 4004** |
| **Plaintiff,** | ) | |
| v. | ) | **Judge Gotschall** |
| | ) | |
| **P.O. PETER DELGADO # 10509, P.O.** | ) | **Magistrate Judge** |
| **AURIMAS JANUSONIS # 15290, P.O. JOHN** | ) | |
| **SLOWINSKI #1951, P.O. TROY WILLIAMS,** | ) | **Jury Demand** |
| **P.O. HOSEA WORD, P.O. LAMONICA,** | ) | |
| **LEWIS, individually and THE CITY OF** | ) | |
| **CHICAGO,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### SECOND AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, GRACE STOVALL, by and through her attorneys, GREGORY E. KULIS & ASSOCIATES, LTD., complaining against the Defendants, P.O. PETER DELGADO #10509, P.O. AURIMAS JANUSONIS #15290, P.O. JOHN SLOWINSKI #1951, P.O. TROY WILLIAMS, P.O. HOSEA WORD, P.O. LAMONICA LEWIS, individually and THE CITY OF CHICAGO as follows:

### COUNT I-UNLAWFUL/UNREASONABLE SEARCH

1)  This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, and accomplished by acts and/or omissions of the Defendants committed under color of law.

2)  Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental Jurisdiction of the State of Illinois.

3)  The Plaintiff, GRACE STOVALL, was a United States citizen and permanent

resident of the State of Illinois.

4) The Defendants, P.O. PETER DELGADO #10509, P.O. AURIMAS JANUSONIS #15290, P.O. JOHN SLOWINSKI #1951, P.O. TROY WILLIAMS, P.O. HOSEA WORD and P.O. LAMONICA LEWIS, were at all relevant times duly appointed Police Officers of the CITY OF CHICAGO and at all relevant times were acting within their scope of employment and under color of law.

5) On April 15, 2015 the Plaintiff was at her residence of 4124 S. Martin Luther King Drive in Chicago, Illinois.

6) The Plaintiff worked at the residence as a caregiver for the owner.

7) The Plaintiff was not committing a crime or breaking any laws.

8) The Defendants entered the Plaintiff's home.

9) The Defendants did not have probable cause to enter the Plaintiff's home.

10) The Defendants did not have a search warrant to enter the Plaintiff's home.

11) The Defendants forcefully broke into the home and pulled her out of the shower.

12) Said actions of the Defendants, P.O. PETER DELGADO #10509, P.O. AURIMAS JANUSONIS #15290, P.O. JOHN SLOWINSKI #1951, P.O. TROY WILLIAMS, P.O. HOSEA WORD and P.O. LAMONICA LEWIS, were intentional, willful and wanton.

13) Said actions of the Defendants violated the Plaintiff, GRACE STOVALL'S Fourth and Fourteenth Amendment Rights of the United States Constitution as protected by 42 U.S.C. §1983.

14) As a direct and proximate consequence of said conduct of the Defendants, the Plaintiff, GRACE STOVALL, suffered violations of her constitutional rights, emotional anxiety, fear, pain, suffering, monetary loss, expense and invasion to her personal privacy.

WHEREFORE, the Plaintiff, GRACE STOVALL, prays for judgment against the Defendants, P.O. PETER DELGADO #10509, P.O. AURIMAS JANUSONIS #15290, P.O. JOHN SLOWINSKI #1951, P.O. TROY WILLIAMS, P.O. HOSEA WORD and P.O. LAMONICA LEWIS, jointly and severally, for reasonable compensatory damages and punitive damages, plus attorneys' fees and costs.

## COUNT II- FALSE ARREST

1-11) The Plaintiff, GRACE STOVALL hereby realleges and incorporates her allegations of paragraph 1-11 of Count I as her respective allegations of paragraphs 1-11 of Count II as though fully set forth herein.

12) The Plaintiff was seized.

13) The Plaintiff was handcuffed.

14) The Defendants took the Plaintiff into custody and arrested her.

15) The Plaintiff was not committing a crime or breaking any laws.

16) Said actions were intentional, willful and wanton.

17) There was no probable cause to arrest the Plaintiff.

18) Said actions of the Defendants P.O. PETER DELGADO #10509, P.O. AURIMAS JANUSONIS #15290, P.O. JOHN SLOWINSKI #1951, P.O. TROY WILLIAMS, P.O. HOSEA WORD and P.O. LAMONICA LEWIS violated the Plaintiff, GRACE STOVALL'S Fourth and Fourteenth Amendment Rights of the United States Constitution as protected by 42 U.S.C. §1983.

19) As a direct and proximate consequence of said conduct of the Defendants, P.O. PETER DELGADO #10509, P.O. AURIMAS JANUSONIS #15290, P.O. JOHN SLOWINSKI #1951, P.O. TROY WILLIAMS, P.O. HOSEA WORD and P.O. LAMONICA LEWIS, the

Plaintiff, GRACE STOVALL, suffered violations of her constitutional rights, emotional anxiety, fear, pain, suffering, monetary loss and expense and invasion to her personal privacy and taken of her freedom

WHEREFORE, the Plaintiff, GRACE STOVALL, prays for judgment against the Defendants, P P.O. PETER DELGADO #10509, P.O. AURIMAS JANUSONIS #15290, P.O. JOHN SLOWINSKI #1951, P.O. TROY WILLIAMS, P.O. HOSEA WORD and P.O. LAMONICA LEWIS, jointly and severally, reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

### **COUNT III- INDEMNIFICATION – CITY OF CHICAGO**

1-23) The Plaintiff, GRACE STOVALL, hereby realleges and incorporates his allegations of paragraphs 1-23 of Counts I and II as his respective allegations of paragraphs 1-23 of Count III though fully set forth herein.

24) Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

25) Defendants, P.O. PETER DELGADO #10509, P.O. AURIMAS JANUSONIS #15290, P.O. JOHN SLOWINSKI #1951, P.O. TROY WILLIAMS, P.O. HOSEA WORD and P.O. LAMONICA LEWIS, are employees of the CITY OF CHICAGO Police Department who acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should any of the Defendants, P.O. PETER DELGADO #10509, P.O. AURIMAS JANUSONIS #15290, P.O. JOHN SLOWINSKI #1951, P.O. TROY WILLIAMS, P.O. HOSEA WORD and P.O. LAMONICA LEWIS, be found liable for the acts alleged above, the CITY OF CHICAGO would be liable to pay the Plaintiff, GRACE STOVALL any judgment obtained against said Defendants.

## **JURY DEMAND**

The Plaintiff, GRACE STOVALL, requests a trial by jury.

                Respectfully submitted,
                GRACE STOVALL

                /s/Gregory E. Kulis
                Gregory E. Kulis and Associates

Gregory E. Kulis (6180966)
Gregory E. Kulis and Associates
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830