UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **GRACE STOVALL,** | ) | |
| | ) | **Case No. 16 CV 4004** |
| **Plaintiff,** | ) | |
| v. | ) | **Judge Kennelly** |
| | ) | |
| **P.O. PETER DELGADO # 10509, P.O.** | ) | **Magistrate Judge** |
| **AURIMAS JANUSONIS # 15290, P.O. JOHN** | ) | |
| **SLOWINSKI #1951, P.O. TROY WILLIAMS,** | ) | **Jury Demand** |
| **P.O. HOSEA WORD, P.O. LAMONICA,** | ) | |
| **LEWIS, individually and THE CITY OF** | ) | |
| **CHICAGO,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT

**1. Status of Settlement Discussions:** Plaintiff issued a settlement demand on October 25, 2017. Prior to that date, counsel for Plaintiff and Defendants had a brief conversation regarding settlement.

**2. Discovery Taken to Date:** Plaintiff responded to Defendants' discovery requests on October 25, 2017. Defendants will respond to Plaintiff's written discovery requests on November 10, 2017. There have not been any depositions taken in the case. The Plaintiff's deposition is set to proceed on November 17, 2017. The parties anticipate 10-15 depositions in the case.

**3. Proposed Extension of Fact Discovery:** The parties propose extending the close of fact discovery an additional sixty (60) days, to February 28, 2018, in order to complete all written and oral fact discovery in this matter.

/Brian Orozco_____
Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street
Suite 2140
Chicago, Illinois 60602
(312) 580-1830
Email: gkulis@kulislawltd.com

/Maxwell Lisy_____
Assistant Corporation Counsel
Federal Civil Rights Litigation Division (FCRL)
City of Chicago, Department of Law
30 N. LaSalle Street, Suite 900